ANDREW L. PACKARD (State Bar No. 168690)
ERIK ROPER (State Bar No. 259756)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N Ste 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com
         erik@packardlawoffices.com

ROBERT J. TUERCK (State Bar No. 255741)
Jackson & Tuerck
P. O. Box 148
429 W. Main Street, Suite C
Quincy, CA 95971
Tel: (530) 283-0406
E-mail: bob@jacksontuerck.com

Attorneys for Plaintiff CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non profit corporation,<br><br>        Plaintiff,<br>vs.<br><br>INTERNATIONAL PAPER COMPANY, a New York corporation, PAUL GALEA, an individual, and CLARK WEISS, an individual,<br><br>        Defendants. | Case No. 2:11-CV-01126-JAM-DAD<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

TO THE COURT:

Plaintiff California Sportfishing Protection Alliance ("CSPA"), and Defendants International Paper Company, Mr. Paul Galea and Mr. Clark Weiss ("Defendants") (collectively, the "Parties") stipulate as follows:

**WHEREAS**, on or about February 25, 2011, CSPA provided Defendants with a Notice of Violations and Intent to File Suit ("60-Day Notice Letter") under Section 505 of the Federal

PDF created with pdfFactory trial version www.pdffactory.com

Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

**WHEREAS**, on April 27, 2011, CSPA filed its Complaint against Defendants in this Court, *California Sportfishing Protection Alliance v. City of Chico*, (USDC, E.D. Cal., Case No. 2:11-CV-01126-JAM-DAD) and said Complaint incorporated by reference all of the allegations contained in CSPA's 60-Day Notice Letter;

**WHEREAS**, CSPA and Defendants, through their authorized representatives and without either adjudication of CSPA's claims or admission by Defendants of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in CSPA's 60-Day Notice Letter and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the agreement ("Consent Agreement") entered into by and between CSPA and Defendants is attached hereto as Exhibit A and incorporated by reference.

**WHEREAS**, CSPA submitted the Consent Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the 45-day review period set forth at 40 C.F.R. § 135.5 has been completed without objection by the agencies.

**NOW THEREFORE, IT IS HEREBY STIPULATED** and agreed to by and between the Parties that CSPA's claims, as set forth in its 60-Day Notice Letter and Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  The Parties respectfully request an order from this Court dismissing such claims with prejudice.  In accordance with Clause 16 of the Consent Agreement, the Parties also request that this Court retain and have jurisdiction over the Parties through September 30, 2013, for the sole purpose of resolving any disputes between the parties with respect to enforcement of any provision of the Consent Agreement.

//
//
//
//

STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER    2    CASE NO. 2:11-CV-01126-JAM-DAD

927112.1

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated:  September _____, 2011 | LAW OFFICES OF ANDREW L. PACKARD |
| 2 | | |
| 3 | | By:_____ |
| 4 | | Erik M. Roper |
| | | Attorneys for Plaintiff |
| 5 | | CALIFORNIA SPORTFISHING PROTECTION |
| 6 | | ALLIANCE |
| 7 | Dated:  September _____, 2011 | INTERNATIONAL PAPER COMPANY |
| 8 | | |
| | | By:_____ |
| 9 | | Brian E. Heim, Chief Counsel, Environmental Law |
| | | International Paper Company |
| 10 | | Attorneys for Defendants |
| | | INTERNATIONAL PAPER COMPANY, *et al* |

STIPULATION TO DISMISS WITH PREJUDICE;  
[PROPOSED] ORDER                              3

CASE NO. 2:11-CV-01126-JAM-DAD

927112.1

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Good cause appearing, and the Parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendants International Paper Company, Paul Galea and Clark Weiss as set forth in CSPA's 60-Day Notice Letter and Complaint filed in Case No. 2:11-CV-01126-JAM-DAD, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the Consent Agreement attached to the Parties' Stipulation to Dismiss as Exhibit A.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

Dated:   September 8, 2011        /s/ John A. Mendez
                                  United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com