ANDREW L. PACKARD (State Bar No. 168690)
ERIK ROPER (State Bar No. 259756)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N Ste 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com
          erik@packardlawoffices.com

ROBERT J. TUERCK (State Bar No. 255741)
Jackson & Tuerck
P. O. Box 148
429 W. Main Street, Suite C
Quincy, CA 95971
Tel: (530) 283-0406
E-mail: bob@jacksontuerck.com

Attorneys for Plaintiff CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non profit corporation, | Case No. 2:11-CV-01126-JAM-DAD |
| Plaintiff, | **STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |
| vs. | |
| INTERNATIONAL PAPER COMPANY, a New York corporation, PAUL GALEA, an individual, and CLARK WEISS, an individual, | |
| Defendants. | |

TO THE COURT:

Plaintiff California Sportfishing Protection Alliance ("CSPA"), and Defendants

International Paper Company, Mr. Paul Galea and Mr. Clark Weiss ("Defendants") (collectively,

the "Parties") stipulate as follows:

**WHEREAS**, on or about February 25, 2011, CSPA provided Defendants with a Notice of

Violations and Intent to File Suit ("60-Day Notice Letter") under Section 505 of the Federal

PDF created with pdfFactory trial version www.pdffactory.com

1  Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

2       **WHEREAS**, on April 27, 2011, CSPA filed its Complaint against Defendants in this

3  Court, *California Sportsfishing Protection Alliance v. City of Chico*, (USDC, E.D. Cal., Case No.

4  2:11-CV-01126-JAM-DAD) and said Complaint incorporated by reference all of the allegations

5  contained in CSPA's 60-Day Notice Letter;

6       **WHEREAS**, CSPA and Defendants, through their authorized representatives and without

7  either adjudication of CSPA's claims or admission by Defendants of any alleged violation or

8  other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as

9  set forth in CSPA's 60-Day Notice Letter and Complaint, thereby avoiding the costs and

10  uncertainties of further litigation.  A copy of the agreement ("Consent Agreement") entered into

11  by and between CSPA and Defendants is attached hereto as Exhibit A and incorporated by

12  reference.

13       **WHEREAS**, CSPA submitted the Consent Agreement via certified mail, return receipt

14  requested, to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the 45-day

15  review period set forth at 40 C.F.R. § 135.5 has been completed without objection by the

16  agencies.

17       **NOW THEREFORE, IT IS HEREBY STIPULATED** and agreed to by and between

18  the Parties that CSPA's claims, as set forth in its 60-Day Notice Letter and Complaint, be

19  dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  The Parties

20  respectfully request an order from this Court dismissing such claims with prejudice.  In

21  accordance with Clause 16 of the Consent Agreement, the Parties also request that this Court

22  retain and have jurisdiction over the Parties through September 30, 2013, for the sole purpose of

23  resolving any disputes between the parties with respect to enforcement of any provision of the

24  Consent Agreement.

25  //

26  //

27  //

28  //

STIPULATION TO DISMISS WITH PREJUDICE;       CASE NO. 2:11-CV-01126-JAM-DAD
[PROPOSED] ORDER                    2
927112.1

1   Dated:  September _____, 2011        LAW OFFICES OF ANDREW L. PACKARD

2

3                                        By:_____
4                                        Erik M. Roper
                                         Attorneys for Plaintiff
5                                        CALIFORNIA SPORTFISHING PROTECTION
                                         ALLIANCE
6

7   Dated:  September _____, 2011        INTERNATIONAL PAPER COMPANY

8                                        By:_____
9                                        Brian E. Heim, Chief Counsel, Environmental Law
                                         International Paper Company
10                                       Attorneys for Defendants
                                         INTERNATIONAL PAPER COMPANY, *et al*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS WITH PREJUDICE;                    CASE NO. 2:11-CV-01126-JAM-DAD
[PROPOSED] ORDER                          3

# ORDER

Good cause appearing, and the Parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendants International Paper Company, Paul Galea and Clark Weiss as set forth in CSPA's 60-Day Notice Letter and Complaint filed in Case No. 2:11-CV-01126-JAM-DAD, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the Consent Agreement attached to the Parties' Stipulation to Dismiss as Exhibit A.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA


Dated:   September 8, 2011          /s/ John A. Mendez_____
                                    United States District Court Judge

STIPULATION TO DISMISS WITH PREJUDICE;                CASE NO. 2:11-CV-01126-JAM-DAD
[PROPOSED] ORDER                         4